**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Freight-Base Services, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-06990** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Cornerstone Bank | Checking | 1628 | $12,852.30 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                              $12,852.30
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. Rental security deposit for 605M Country Club Dr., Bensenville, IL 60106 | $3,000.00 |
   |---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                                              $3,000.00
   Add lines 7 through 8. Copy the total to line 81.

| Debtor | **Freight-Base Services, Inc.** | Case number *(If known)* **21-06990** |
|---|---|---|
| | Name | |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

11a. 90 days old or less:   146,758.19   -   1,191.92   = ....   $145,566.27
                            face amount       doubtful or uncollectible accounts

**12. Total of Part 3.**                                       $145,566.27

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | Freight-Base Customs Brokers, Inc. (Illinois corporation formed 2/3/1993.) Debtor in jointly administered case 21-06991 | 100% % | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17. Total of Part 4.**                                       $0.00

Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** Shipping supplies | | $0.00 | | $1,500.00 |

| Debtor | **Freight-Base Services, Inc.** | Case number (If known) **21-06990** |
|---|---|---|
| | Name | |

**23.  Total of Part 5.**  $1,500.00

Add lines 19 through 22.  Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture | $0.00 | | $2,000.00 |
| 40. | **Office fixtures**<br>Fixtures | $0.00 | | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and related equipment. | $0.00 | | $1,200.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**  $3,200.00

Add lines 39 through 42.  Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **Freight-Base Services, Inc.** Case number *(If known)* **21-06990**
Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 Isuzu Box Truck** | $0.00 | | $3,000.00 |
| 47.2. **2010 Ford transit van** | $0.00 | | $500.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. **Misc** | $0.00 | | $0.00 |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Machinery & Equipment** | $0.00 | | $200.00 |
| **Fork lifts** | $0.00 | | $5,000.00 |

**51. Total of Part 8.** $8,700.00
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| Debtor | **Freight-Base Services, Inc.** | | Case number *(If known)* **21-06990** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>www.airfreightquote.com<br>www.cartagequote.com<br>www.trackmypackage.com<br>www.freightbase.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties**<br>License for Customhouse Brokers #435 issued by Customs & Border Pro t ection .<br>Customs Clearance though out the United States on behalf of importers and Non-resident importer | $0.00 | | $0.00 |
| CCSF Lie# ORD.C.06.11.2009.082 Approved by the Transportation Security Administration. Handling Xray & ETD Security Screening of air freight cargo for various Freight Forwarders on behalf of various Airlines | $0.00 | | $0.00 |
| Indirect Air Carrier  Approval. IAC# GL9608005.  Handling air export shipments from USA to throughout the world | $0.00 | | $0.00 |
| DOT# 1218131 Cartage with our own equipment for deliveries Inter-State on behalf of our importers and exporters | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>World wide GPS system. | $0.00 | | $0.00 |
| 65. **Goodwill**<br>**Goodwill** | $0.00 | | $0.00 |

66. **Total of Part 10.**  $0.00

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

| Debtor | **Freight-Base Services, Inc.** | Case number *(If known)* **21-06990** |
|---|---|---|
| | Name | |

■ No
☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Freight-Base Services, Inc.** | Case number *(If known)* **21-06990** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,852.30 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $145,566.27 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,200.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,700.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $174,818.57  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $174,818.57 |

**Fill in this information to identify the case:**

Debtor name: **Freight-Base Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **21-06990**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property            12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **NWP IL TT, LLC**<br>Creditor's Name<br>**9450 W. Bryn Mawr Suite 750**<br>**Des Plaines, IL 60018**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Rental security deposit for 605M Country Club Dr., Bensenville, IL 60106**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $3,000.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $0.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **607 Country Club Dr Bensenville IL**<br>**PO Box 12584**<br>**Newark, NJ 07101** | Line **2.1** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Freight-Base Services, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-06990** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**NOTICE ONLY** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Illinois Dept of Employment Securit**<br>**P.O. Box 3637**<br>**Springfield, IL 62708-3637** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**NOTICE ONLY** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Freight-Base Services, Inc.** | Case number (if known) | **21-06990** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency**<br>**Ooperations**<br>**P.O.Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**NOTICE ONLY** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Jack Groat**<br>**1260 Leeds Lane**<br>**Elk Grove Village, IL 60007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,650.00 | $13,650.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salaries, or commissions (up to $13,650\*) earned within 180 days before the bankruptcy petition is filed. 11 U.S.C. § 507(a)(4).** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**U.S. Customs & Border Protection**<br>**610 S. Canal St.**<br>**Chicago, IL 60607** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $134,938.48 | $134,938.48 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customs duties** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AJ Equity Group LLC**<br>**1648 61st Street**<br>**Brooklyn, NY 11204** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,706.00 |
| | Date(s) debt was incurred __ | Basis for the claim:   **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| Debtor | **Freight-Base Services, Inc.** | Case number (if known) | **21-06990** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Blade Funding**<br>**499 East 34th Street**<br>**New York, NY 10016** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,210.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**CFG**<br>**180 Maiden Lane, Floor 15**<br>**New York, NY 10038** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,532.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Daka Capital Group, Inc.**<br>**10 Brower Ave.**<br>**Woodmere, NY 11598** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29,850.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Detailed Logistics**<br>**1722 Wright Blvd**<br>**Schaumburg, IL 60193** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Dimerco Express**<br>**955 Dillon Dr.**<br>**Wood Dale, IL 60191** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,412.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**I.O.U.**<br>**600 Town Park Lane #100**<br>**Kennesaw, GA 30144** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Jack Groat**<br>**1260 Leeds Lane**<br>**Elk Grove Village, IL 60007** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred **11/2019 to present** | Basis for the claim: **Wages, salaries, or commissions (in excess of $13,650*) earned within 1 & 1/2 years days before the bankruptcy petition is filed.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Freight-Base Services, Inc.** | Case number (if known) | **21-06990** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Jack Groat**<br>**1260 Leeds Lane**<br>**Elk Grove Village, IL 60007**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **unreimbursed expenses for postage, nicor gas, professional services, office & warehouse supplies, transporation, AT&T/Web/Internet and Insurance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$91,740.61** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Jack Groat**<br>**1260 Leeds Lane**<br>**Elk Grove Village, IL 60007**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loans totaling $86,000.00**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$86,000.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Merchant Capital**<br>**c/o INCORP SERVICES INC**<br>**901 S 2ND STREET SUITE 201**<br>**Springfield, IL 62704**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$117,878.50** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Midwest Express**<br>**1660 Wall Street**<br>**Mount Prospect, IL 60056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**R&M Trucking**<br>**3720 River Road**<br>**Franklin Park, IL 60131**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,400.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Spark Funding, LLC**<br>**d/b/a Fundamental Capital**<br>**100 Garden City Plaxe #410**<br>**Garden City, NY 11530**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39,033.70** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Streck Transport**<br>**Industriestrasse 30**<br>**Möhlin, AARGAU, 4313**<br>**Switzerland**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,300.00** |

| Debtor | **Freight-Base Services, Inc.** | Case number (if known) | **21-06990** |
|---|---|---|---|
| | Name | | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>**PO Box 809488**<br>**Chicago, IL 60680** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,900.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Zip Capital**<br>**2802 N 29th Avenue**<br>**Hollywood, FL 33020** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56,510.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan C. Hochheiser**<br>**Maurice Wutscher LLP**<br>**23611 Chagrin Blvd. Suite 207**<br>**Beachwood, OH 44122** | Line __3.17__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **GENE ROSEN'S LAW FIRM**<br>**200 Garden City Plaza, Suite 405**<br>**Garden City, NY 11530** | Line __3.1__<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 148,588.48 |
| **5b. Total claims from Part 2** | 5b. + | $ | 558,672.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 707,261.29 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Freight-Base Services, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 21-06990 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Two copiers ($1,075.79 per month)** | |
| | State the term remaining | **2 years** | **Canon Financial Services, Inc** |
| | List the contract number of any government contract | | **PO Box 5008** |
| | | | **Mount Laurel, NJ 08054** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial units (L & M) at 605 Country Club Dr., Bensenville, IL 60106 at $5,312.50 per month** | |
| | State the term remaining | | **NWP IL TT, LLC** |
| | List the contract number of any government contract | | **9450 W. Bryn Mawr Suite 750** |
| | | | **Rosemont, IL 60018** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **One 24' truck ($1,827.65 per month)** | |
| | State the term remaining | **2 years** | **Penske Truck Leasing Co. L.P.** |
| | List the contract number of any government contract | | **1200 Busse Road** |
| | | | **Elk Grove Village, IL 60007** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Postage machine (at $165.03 per month)** | |
| | State the term remaining | **2 years** | **Pitney Bowes** |
| | List the contract number of any government contract | | **POB 371887** |
| | | | **Pittsburgh, PA 15250-7887** |

**Fill in this information to identify the case:**

Debtor name: **Freight-Base Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **21-06990**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Freight-Base Customs Brokers, Inc | 605M Country Club Dr Bensenville, IL 60106 | AJ Equity Group LLC | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.2 | Freight-Base Customs Brokers, Inc | 605M Country Club Dr Bensenville, IL 60106 | Blade Funding | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ |
| 2.3 | Freight-Base Customs Brokers, Inc | 605M Country Club Dr Bensenville, IL 60106 | CFG | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.4 | Freight-Base Customs Brokers, Inc | 605M Country Club Dr Bensenville, IL 60106 | Daka Capital Group, Inc. | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.5 | Freight-Base Customs Brokers, Inc | 605M Country Club Dr Bensenville, IL 60106 | I.O.U. | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |

| Debtor | **Freight-Base Services, Inc.** | Case number *(if known)* | **21-06990** |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Freight-Base Customs Brokers, Inc** | **605M Country Club Dr**<br>**Bensenville, IL 60106** | **Merchant Capital** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.7 | **Freight-Base Customs Brokers, Inc** | **605M Country Club Dr**<br>**Bensenville, IL 60106** | **Spark Funding, LLC** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.8 | **Freight-Base Customs Brokers, Inc** | **605M Country Club Dr**<br>**Bensenville, IL 60106** | **Zip Capital** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |